UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
RICHARD W. AUDETTE, et al.,         )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )    C.A. No. 17-133 S
                                    )
TIVERTON HOUSING AUTHORITY, et al., )
                                    )
         Defendants.                )
_____ )

## ORDER

WILLIAM E. SMITH, Chief Judge.

Before the Court is pro se Plaintiffs' Motion for Exception to Section 8 HUD Housing Choice Voucher Program (ECF No. 2) and Motion to Appoint Counsel (ECF No. 3). These matters were referred to Magistrate Judge Lincoln D. Almond for report and recommendation. Pursuant to 28 U.S.C. § 1915(e)(2), Magistrate Judge Almond reviewed Plaintiffs' complaint and recommends that the case be dismissed because, among other reasons, it is "frivolous" and "fails to state a claim on which relief may be granted." (R&R 1, ECF No. 7 (quoting 28 U.S.C. § 1915(e)(2)(b)).)

Plaintiffs objected to the Report and Recommendation. (Pl.'s Obj., ECF No. 10.) However, not only was the Objection untimely, but it also contains no substantive argument. Instead,

the Objection contains a request that this Court "compel Mr. Almond to prove beyond a reasonable doubt that we have committed frivolous acts" and "malicious acts." (Id.) Beyond the insufficiency of this Objection, the Court has also reviewed the substance of Plaintiffs' Complaint pursuant to 28 U.S.C. § 636(b)(1) and concurs with Magistrate Judge Almond's recommendation.

The Report and Recommendation (ECF No. 7) is therefore ACCEPTED. Plaintiffs' Motion for Exception to Section 8 HUD Housing Choice Voucher Program (ECF No. 2) is DENIED and Plaintiffs' Motion to Appoint Counsel (ECF No. 3) is DENIED AS MOOT. Judgment will enter for Defendants.

IT IS SO ORDERED.

/s/ W. Smith
William E. Smith
Chief United States District Judge
for the District of Rhode Island
Date: May 31, 2017